IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMAR HAYNES, | ) | |
| | ) | |
| Petitioner, | ) | 4:16CV3064 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT FRAKES, Director, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Memorandum and Order entered this date, the Petition for Writ of Habeas Corpus is dismissed with prejudice, and the court will not issue a certificate of appealability in this matter.

DATED this 29th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge